should not have been summarily disposed of upon the hearing of the motion. We are further of opinion that, under the respondent's retainer, his recovery in any event is limited to two hundred and fifty dollars. Lazansky, P. J., Rich, Young and Hagarty, JJ., concur; Carswell, J., dissents and votes to affirm upon the ground that five hundred dollars was properly allowed. Settle order on notice.

In the Matter of Supplementary Proceedings of CHARLES J. RAINEAR, etc., Respondent, against EDWIN HARDING, Appellant. MICHAEL J. SIMON and ST. GEORGE TRUCKING CO., INC., Appellants.— Order directing delivery of stock to receiver reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The judgment debtor's wife claims title to the stock in question and it is now in her possession. She was not a party to the proceeding and her title thereto cannot be tried therein and its delivery compelled under section 793 of the Civil Practice Act. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of the Application of ROXY CORLIES TRAINER, Respondent, for the Payment of a Legacy by the Estate of MILLICENT D. SCOTT, Deceased. THOMAS B. SCOTT, Individually and as Executor, etc., of MILLICENT D. SCOTT, Deceased, Appellant.— Decree of the Surrogate's Court of Suffolk county unanimously affirmed, with costs to respondent payable out of the estate. (Isham v. N. Y. Assn. for Poor, 177 N. Y. 218.) Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

In the Matter of the Application of MARY E. SMITH, as Administratrix, etc., of JANE MARIA SIMS, Deceased, Appellant, for an Order of Inquiry Directed to CARRIE GRACE DU CASSE, Respondent. EDITH A. ROOT and Others, Next of Kin, Appellants.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of MARGARET N. TAYLOR and Others, as Executors of WILLIAM J. TAYLOR, Deceased. MARGARET N. TAYLOR, Individually, Appellant; THOMAS B. TAYLOR and Others, as Executors, and THERON H. SAMMIS, Special Guardian, Respondents. — Decree of the Surrogate's Court of Suffolk county in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the COUNTY OF WESTCHESTER, by the WESTCHESTER COUNTY PARK COMMISSION, Appellant, for an Order of Mandamus Directing CHARLES W. BERRY, etc., Respondent, to Transfer a Certain Fund to the County Treasurer of Said County.— Order denying motion for peremptory mandamus order unanimously affirmed, with fifty dollars costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

RUTH KARP, Respondent, v. MARY I. McGOEY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

MORRIS KOPP, Respondent, v. JACOB BIGELEISEN and FANNIE BIGELEISEN, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

MORRIS KOPP, Respondent, v. JACOB BIGELEISEN and FANNIE BIGELEISEN, Appellants.— Order denying motion for a new trial, made upon the grounds of